**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-4431**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

GREGORY STUMP,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Thomas S. Kleeh, Chief District Judge.  (1:21-cr-00037-TSK-MJA-1)

_____

Submitted:  November 19, 2024              Decided:  November 21, 2024

_____

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:** L. Richard Walker, First Assistant Public Defender, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Clarksburg, West Virginia, for Appellant.  William Ihlenfeld, United States Attorney, Zelda E. Wesley, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Clarksburg, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Stump appeals his conviction for possession of a firearm with an obliterated serial number, in violation of 26 U.S.C. §§ 5842, 5861(h), 5871. He argues that his conviction is infirm following *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, which held that a firearm regulation is valid under the Second Amendment only if it "is consistent with this Nation's historical tradition of firearm regulation." 597 U.S. 1, 17 (2022).

We recently considered a similar argument in *United States v. Price*, 111 F.4th 392 (4th Cir. 2024) (en banc). There, we rejected a Second Amendment challenge to 18 U.S.C. § 922(k), which, like 26 U.S.C. § 5681(h), prohibits the possession of a firearm with an obliterated serial number. *Id.* at 396-97, 408. *Price*, we conclude, clearly forecloses Stump's challenge to the validity of his conviction.

Accordingly, we affirm Stump's criminal judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2